# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: Nicolaides Fink Thorpe Michaelides Sullivan LLP | |
| CEDARS-SINAI MEDICAL CENTER, a California nonprofit public benefit corporation, | Case No. 1:25-cv-05449<br>Hon. Georgia N. Alexakis |
| Plaintiff, | Principal case pending in the United States District Court for the Central District of California, Case No. 2:24-cv-02543-PD |
| v. | |
| AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation, *et al.*, | |
| Defendants. | |

## NON-PARTY NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP'S STATUS REPORT

Nicolaides Fink Thorpe Michaelides Sullivan LLP ("Nicolaides"), a non-party subpoena respondent, by and through its undersigned counsel, hereby files this Status Report pursuant to the Court's May 23, 2025 Order (Doc. #13):

1. As detailed in Nicolaides' Motion to Strike or Hold in Abeyance (Doc. #12), all parties have consented to the consolidation of this case into the first-filed related case pending before Judge Andrea R. Wood, Case No. 1:25-cv-05444.

2. Nicolaides' unopposed Motion to Consolidate remains pending before Judge Wood.

3. Therefore, Nicolaides respectfully requests that this Court direct the parties to file a status report by July 23, 2025 regarding the Motion to Consolidate pending in Case No. 1:25-cv-05444.

Dated: June 23, 2025       Respectfully submitted,

                                                  NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

By: _/s/ *Amy J. Collins Cassidy*_
    Amy J. Collins Cassidy (6274727)
    Stephanie M. Flowers (6329686)
    Nicolaides Fink Thorpe Michaelides Sullivan LLP
    10 S. Wacker Street, Suite 3600
    Chicago, IL 60606
    (312) 585-1400
    acassidy@nicolaidesllp.com
    sflowers@nicolaidesllp.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a copy of the foregoing **NON-PARTY NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP'S STATUS REPORT** on June 23, 2025 via this Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Amy J. Collins Cassidy*
Amy J. Collins Cassidy
